# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY TOWNLEY, *et al.* <br><br>　　　　　　Plaintiffs, <br>　vs. <br><br>ROSS MILLER, Secretary of State, <br><br>　　　　　　Defendants. | CASE NO.: 3:12-CV-00310-RCJ-WGC <br><br>**ORDER SETTING DATE FOR ORAL ARGUMENT AND BRIEFING SCHEDULE** |

　　　　On pending Motion for Stay and Appeal by Defendant/Intervenor:

　　　　Whereas argument was held on August 22, 2012, on Plaintiff's Request for Preliminary Injunction; and

　　　　Whereas at the conclusion of the hearing the Court orally expressed an intent to grant the injunction as embodied in a subsequent written decision to be issued, and effective upon issuance of the written decision; and

　　　　Whereas Defendant/Intervenor made an oral motion at the hearing for stay of the written order upon its issuance pending appeal to the Ninth Circuit Court of Appeals; and

　　　　Whereas to accommodate counsel the Court expressed intention to deny the stay upon issuance of the written decision, so that Defendant/Intervenor's counsel would not have to file a separate motion for stay and obtain a hearing for the same in this Court; and

　　　　Whereas counsel for Defendant/Intervenor have now filed a premature Notice of Appeal (ECF ##40, 41) and Appellant/Defendant Ross Miller's premature Emergency Motion Under

///

///

Circuit Rule 27-3 Emergency Motion for Stay Of Order Granting Preliminary Injunction (DKT #6-1) in the Ninth Circuit Court of Appeals Consolidated Case Nos.: 12-16881/12-16882 for stay of a preliminary injunction; and

 Whereas this Chamber has been contacted by Judge Stephen Reinhardt of the Ninth Circuit Court of Appeals through the Ninth Circuit Clerk's Office, requesting an early entry of this Court's written injunction decision so that he might entertain the premature notice of appeal and emergency motion for stay pending appeal; and

 Whereas this Court is reminded of its obligation to give careful consideration to any request for stay pending appeal prior to the entertainment of that motion before the Ninth Circuit Court of Appeals;

 Therefore this Court will order briefing on the motion for stay pending appeal and set a hearing for such motion accordingly.

 IT IS HEREBY ORDERED that parties are to file briefs regarding a motion for stay pending appeal on or before Friday, September 7, 2012 and oral argument is set for 09:00AM, Friday, September 14, 2012, in Reno Courtroom 6, Bruce R. Thompson Building and U.S. Courthouse, 400 South Virginia Street, Reno, Nevada 89501.

 IT IS SO ORDERED.

 DATED: This 30th day of August, 2012.

_____
ROBERT C. JONES
Chief Judge