AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

WENDY TOWNLEY, et al.,

          Plaintiff(s),

   V.

STATE OF NEVADA, et al.,

        Defendant(s).

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:12-cv-00310-RCJ-WGC

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**__   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED without prejudice for lack of standing.

    September 17, 2013

                                 **LANCE S. WILSON**
                                 Clerk

                                 /s/ K. Rusin
                                 Deputy Clerk