AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF    NEVADA

WENDY TOWNLEY, et al.,

     Plaintiff(s),            JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   3:12-cv-00310-RCJ-WGC

STATE OF NEVADA, et al.,

     Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED without prejudice for lack of standing.


September 17, 2013                                                          **LANCE S. WILSON**
                                                                             Clerk


                                                                            /s/ K. Rusin
                                                                            Deputy Clerk